LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

GABRIELA TREMONT
GTREMONT@GRSM.COM

GORDON&REES
SCULLY MANSUKHANI

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

July 14, 2026

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Erika Djerf v. A & H Sportswear Co., Inc. et al.*
Civil Action No. 1-26-02121-JMF

Dear Judge Furman:

The parties in the above-referenced matter write jointly pursuant to the Court's Initial Pretrial Conference ("IPTC") Order dated March 19, 2026 (ECF No. 5), the Court's June 15, 2026 Order of Automatic Referral to Mediation (ECF No. 13), and the Court's Individual Practice Rules 2.A and 2.D. We write, jointly with Plaintiff's counsel, to request an adjournment of the August 18, 2026 IPTC, as well as the attendant deadline to exchange discovery pursuant to the IPTC discovery protocols ("IPTC Discovery Protocols").

On June 15, 2026, the Court granted Defendants' request to adjourn the ITPC originally scheduled for June 23, 2026 to afford the parties time to exchange discovery pursuant to the IPTC Discovery Protocols and conduct the Rule 26(f) conference (ECF No. 11). That same day, Defendants filed their Answer to the Complaint, triggering the automatic referral to mediation by Order dated June 16, 2026 (ECF No. 13). Pursuant to the Order of Automatic Referral to Mediation, in advance of mediation, the parties are required to exchange the discovery set forth in the Discovery Protocols for Counseled Employment Discrimination Case Assigned to Mediation by Automatic Referral under the Third Amended Standing Administrative Order M10-468, 11-mc-0003 ("Mediation Discovery Protocols"). The parties received a notice of mediator assignment on July 7, 2026 and are presently working to schedule a mediation in September 2026.

Inasmuch as the IPTC Discovery Protocols and the Mediation Discovery Protocols contain overlapping but different discovery obligations, the parties respectfully seek an adjournment of the IPTC and IPTC Discovery Protocols for good cause until after mediation in an effort to conserve resources for mediation Accordingly, the parties respectfully request an adjournment of the IPTC until October 2026. This is the second request for an adjournment of the IPTC; the first request was granted, as detailed above.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By: /s/ *Lindsey Blackwell*
Lindsey Blackwell
Gabriela Tremont
1 Battery Park Plaza, 28th Floor
New York, NY 1004
*Attorneys for Defendants A & H Sportswear Co., Inc. and Backflips USA, Inc., d/b/a Swim USA*

CC: All counsel of record (via ECF)

Application GRANTED. The initial pretrial conference previously scheduled for August 18, 2026 at 9:00 a.m. is hereby ADJOURNED to **October 20, 2026 at 9:00 a.m.** The parties should file a joint letter **by the earlier of August 7, 2026** or when mediation is scheduled notifying the Court as to the date of the mediation. The relevant IPTC discovery protocols are accordingly STAYED until the parties have completed mediation. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

July 15, 2026