**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIKA DJERF, Plaintiff, v. A & H SPORTSWEAR CO., INC. and BACKFLIPS, INC. d/b/a SWIM USA Defendants. | Civil Action No.: 1:26-cv-02121-JMF |

**~~[PROPOSED]~~ RULE 502(d) ORDER**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

3. The provisions of Rule 502(b) do not apply. For the avoidance of doubt, to the extent there is any conflict between Federal Rule of Evidence 502(b) and provisions of this Order related to the disclosure of Privileged Material, the provisions of this Order control.

SO ORDERED.

HON. JESSE M. FURMAN

Dated: October 16, 2026